UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY JACKSON,<br>　　　　　Petitioner,<br>　　vs.<br>D. LONG, Warden,<br>　　　　　Respondent.<br>_____ | Case No. ED CV 12-1293 GHK (MRW)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE:　　3/19/13　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. GEORGE H. KING
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE