IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

DAVID ANTHONY JACKSON,

Petitioner,

v.

D. LONG, Warden,

Respondent.

Case No. ED CV 12-1293 PSG (MRW)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: January 14, 2019

_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE